# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

V.

**Brian Bigman**

___ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED CRIMINAL COMPLAINT

09-04958M-001-PCT-MEA
CASE NUMBER:

I, the undersigned complainant being duly sworn states the following is true and correct to the best of my knowledge and belief.

### Count I

On or about September 6, 2009 in the District of Arizona, **within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Brian Bigman, an American Indian male, did knowingly cause Jane Doe, an American Indian to engage in a sexual act, that is, contact and penetration, however slight, between defendant's penis and Jane Doe's vulva by use of force**, in violation of Title 18 United States Code, Section 1153 and 2241(a).

I further state that I am a Special Agent of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

**See Attached Affidavit Incorporated by Reference Herein**

Continued on an attached sheet and made a part hereof: ☒ Yes ☐ No
AUTHORIZED BY:  Assistant United States Attorney Camille Bibles.

Eric D. Stoddard, Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,
September 8, 2009
Date

at Flagstaff, Arizona
City and State

Mark E. Aspey, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

```
                    U.S. MAGISTRATE COURT

                      FLAGSTAFF, ARIZONA

                      REDACTED AFFIDAVIT
```

The undersigned, being duly sworn, deposes and says:

1. Your Affiant, Eric D. Stoddard, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Field Office. In the course of his official duties, your Affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the District of Arizona. In this regard, the following information was developed by your Affiant and Navajo Department of Public Safety (NDPS) Criminal Investigator (CI) Rex Butler regarding the investigation of a sexual assault committed against Jane Doe #1, a 14 year-old, Navajo Indian female. This assault occurred on or about September 6, 2009 in Kaibeto, Arizona, a location within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. On September 6, 2009, at approximately 7:00 p.m., SA Eric D. Stoddard received a phone call from NDPS Criminal Investigator Rex Butler. CI Butler had received a report of sexual assault from the Tuba City Regional Medical Center. CI Butler stated that Jane Doe #1 was being transported to the Safe Child Center in Flagstaff, Arizona

for a sexual assault examination.

3. At approximately 9:15 p.m on September 6, 2009, SA Eric D. Stoddard arrived at the Safe Child Center where Nurse Practitioner Suzanne Clinton was preparing to perform a medical exam of Jane Doe #1. Also accompanying Jane Doe #1 was her mother, Shelly Bigman, her twelve year-old sister Jane Doe #2, and her thirteen year-old cousin Jane Doe #3. SA Eric D. Stoddard interviewed Shelly Bigman wherein she stated that on the morning of September 6, 2009 she left her residence in Kaibeto, Arizona for Page, Arizona to wash some laundry. When she left, her husband Brian Bigman, Jane Doe #1, Jane Doe #2, and Jane Doe #3 were at the residence. At approximately 12:00 p.m. Shelly Bigman received a text message from Jane Doe #2 asking her to bring home some ding dongs. Jane Doe #2 also told her mother that she needed to hurry back to the house. Shelly Bigman asked her why she needed to hurry and she said because of what Brian Bigman does to Jane Doe #1. Shelly Bigman asked her what he does and she said he rapes her. Shelly Bigman returned home and when she was approximately one-quarter of a mile from the residence she was greeted by Brian Bigman who was riding a four-wheeler. Both Brian Bigman and Shelly Bigman returned to the residence. When Shelly Bigman went into the house Jane Doe #1 walked up to her and leaned into her. Shelly Bigman said Jane Doe #1 eyes and nose were red and appeared as if she had been crying. Shelly Bigman made an excuse to leave the residence with the girls and left. After she had

left, Shelly Bigman called the Navajo Police and was instructed to go to the Page Hospital. Page Hospital told Shelly Bigman that they did not have the required examination kit and instructed her to go to the Tuba City, Arizona hospital.

4. On September 7, 2009, Jane Doe #1 was forensically interviewed by the Safe Child Center in Flagstaff, Arizona. During the course of the interview, Jane Doe #1 said that on September 6, 2009 her mother, Shelly Bigman left to do some laundry leaving her at home in Kaibito, Arizona with her father Brian Bigman, her sister Jane Doe #2, and her cousin Jane Doe #3. Brian Bigman told Jane Doe #2 and Jane Doe #3 to get some water and they left the residence. While they were gone, Brian Bigman picked up Jane Doe #1 and placed her on the bed and she told him "Don't, don't, don't." Brian Bigman removed Jane Doe #1' pants and underwear and turned her onto her side. He held her hands over her head with one hand and touched the outside of her "private area" with his other hand. Jane Doe #1 described her "private area" as the part of her body she uses to go "pee." Brian Bigman unbuttoned his pants and pulled them down to his knees and placed his "thing" into her "private area". Jane Doe #1 described his "thing" as being a males private area that is used by males to go "pee." After Brian Bigman stopped, he left without saying anything. She said Brian Bigman used a condom and does not know what he did with it. Jane Doe #1 said that Brian Bigman has been

3

"raping" her for two or three years approximately five times a month in both Kaibeto and Mesa, Arizona. Jane Doe #1 said Brian Bigman told her that if she said anything about what they do he would kill himself.

     5. On September 7, 2009, SA Eric D. Stoddard and CI Rex Butler interviewed Brian Bigman at his residence in Kaibeto, Arizona. During the course of the conversation, Brian Bigman said that he and his daughter, Jane Doe #1, have had sex in the past. He could not recall the exact number of times they have had sex but when asked if it was at least ten times he said "yes." When asked where they have sex, he said the majority of the time it was in Kaibeto, Arizona but sometimes they had sex in Mesa, Arizona where his wife lived for a short period of time. When asked about the events of September 6, 2009, Brian Bigman said that he sent his daughter Jane Doe #2 and her cousin Jane Doe #3 to fetch some water from the windmill. Brian Bigman and Jane Doe #1 got into a fight about her boyfriend Troy Last Name Unknown (LNU). Brian Bigman explained that it was hard for him to let someone go with whom you've had a relationship. He claimed that after they fought, Jane Doe #1 gave him a hug. After she hugged him, Brian Bigman said that he and Jane Doe #1 had sex on top of the bed in the hogan. He could not remember who took her clothes off but said that sometimes she takes his clothes off and sometimes he takes her clothes off. He said when they do have sex he uses a condom and used one yesterday, September 6, 2009. After they had sex, he said

4

1  she appeared to be happy.

3       6. The events described in paragraphs 1-5, infra,
4  occurred on the Navajo Indian Reservation in Indian Country
5  in the District of Arizona.  Based upon the aforementioned
6  information, your affiant believes that a violation of
7  federal law has occurred: Crime on an Indian Reservation,
8  Aggravated Sexual Abuse, in violation of Title 18 U. S. C.
9  Section 1153 and 2241(a).

11      I declare under penalty of perjury under the laws
12 of the United States of America that the foregoing is true
13 and correct.

```
                                    _____
                                    Eric D. Stoddard
                                    Special Agent
                                    Federal Bureau of Investigation
                                    Flagstaff, Arizona
```

Subscribed and sworn to before me this 8TH day
of September, 2009.

```
                                    _____
                                    U.S. Magistrate Judge
```

5