```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

      SEP 2 2 2009

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>Bryan Bigman,<br><br>             Defendant. | CR 09 8101 PCT JAT DKD<br><br>**REDACTED I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(A)<br>(CIR - Aggravated Sexual Abuse)<br>Counts 1 & 6<br><br>18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A)<br>(CIR - Sexual Abuse of a Minor)<br>Counts 2 & 7<br><br>18 U.S.C. §§ 1153, 2241(a) and 2246(2)(D)<br>(CIR - Aggravated Sexual Abuse)<br>Count 3<br><br>18 U.S.C. §§ 1153, 2243(a) and 2246(2)(D)<br>(CIR - Sexual Abuse of a Minor)<br>Counts 4 & 5 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 6, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe by using force against her, or by placing her in fear that she would be subjected to death, serious bodily injury

or kidnapping. The sexual act involved contact between the defendant's penis and the victim's vulva.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246(2)(A).

## COUNT 2

On or about September 6, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, a child who was between the age of twelve and sixteen and was at least four years younger than the defendant. The sexual act involved contact between the defendant's penis and the victim's vulva.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2)(A).

## COUNT 3

On or about September 6, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, by using force against her, or by placing her in fear that she would be subjected to death, serious bodily injury or kidnapping. The sexual act involved the intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246(2)(D).

## COUNT 4

On or about September 6, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, a child who was between the age of twelve and sixteen and was at least four years younger than the

defendant. The sexual act involved the intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2)(D).

### COUNT 5

On or about September 4, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, a child who was between the age of twelve and sixteen and was at least four years younger than the defendant. The sexual act involved the intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2)(D).

### COUNT 6

Between on or about March 1, 2009 and June 30, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, by using force against her, or by placing her in fear that she would be subjected to death, serious bodily injury or kidnapping. The sexual act involved contact between the defendant's penis and the victim's vulva and refers to the time in the truck..

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246(2)(A).

### COUNT 7

Between on or about March 1, 2009 and June 30, 2009, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, BRYAN BIGMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with victim Jane Doe, a child who was between the age of twelve and sixteen and was at least four years

younger than the defendant. The sexual act involved contact between the defendant's penis and the victim's vulva and specifically refers to the time in the truck.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: September 22, 2009

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/

DYANNE C. GREER
Assistant U.S. Attorney

4