DENNIS K. BURKE
United States Attorney
District of Arizona

DYANNE C. GREER
Assistant U.S. Attorney
Arizona State Bar No. 010893
40. N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone (602) 514-7500
Dyanne.Greer@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-09-8101-PCT-JAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S SENTENCING** |
| v. | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **PLEA AGREEMENT** |
| Bryan Bigman, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through undersigned counsel submits this sentencing memorandum in support of the plea agreement and requests this Court sentence the defendant to 97 months in the Bureau of Prisons followed by lifetime supervision.

## FACTS

As stated in the presentence report, this case involves sexual activity between the victim and the defendant. The victim claimed force, and the defendant states the activity was consensual. The defendant is the victim's stepfather and has been in that role for many years. Obviously, these cases involving family members raise a number of emotional issues for victims. They often love the defendant and don't want him to get in trouble on the one hand and then dislike him for the sexual abuse he has inflicted upon them. Such is the case here.

The victim has not recanted what she has said, and will testify if subpoenaed, but she does not want to have to testify in court. This sentiment is echoed by the victim's mother,

who wants the defendant punished, but she is also protective of her child and as such, supported the plea agreement.

Secondly, the defendant admits to having sex with the victim; however, he claims it was consensual and initiated by the victim.   This sets forth a situation where the jury must decide if the offense involved force or not.   The government is acutely aware of the impact testifying can have on young victims and has chosen to plead the defendant to the Sexual Abuse of a Minor rather than litigate the issue of force.   The government believes that this resolution takes into account the factors set forth in title 18 U.S.C. Section 3553 and is an appropriate sentence.

**Title 18 U.S.C. Section 3553**

As stated above, the government submits that the factors set forth in Title 18 U.S.C. Section 3553 support a sentence consistent with the plea agreement.  Those factors include:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant

(2) the need for the sentence imposed

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for the offense;

(5) any pertinent policy statements in the sentencing guidelines;

(6) the need to avoid unwarranted sentencing disparities.

2

1

2

3

4          The government requests that this Court sentence the defendant to 97 months in the

5    Bureau of Prisons.    This ensures a conviction without the victim having to testify, and the

6    sentence is certainly much less than what he would have received had he been convicted at

7    trial, which benefits both the government and the defendant.    Eight years in prison is not

8    insignificant and will impress upon the defendant the wrongfulness of his actions.   Lifetime

9    supervision will allow the defendant to be supervised in the community and receive the

10   necessary sex offender monitoring and treatment.

          Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion and
11
     order based thereon.
12
          Respectfully submitted this 27th day of September, 2010.
13
                                        DENNIS K. BURKE
14                                      United States Attorney
                                        District of Arizona
15
                                        /s/   Dyanne C. Greer
16
                                        DYANNE C. GREER
17                                      Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 27, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a
3   Notice of Electronic Filing to the following CM/ECF registrants:
4

5    Doug Passon
*Attorney for Defendant*

6
/s/ Erica Lane_____
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26